1  GREGG R. SMITH
2  WSBA #15553
   PAINE HAMBLEN LLP
3  717 West Sprague Avenue
4  Suite 1200
   Spokane, WA  99201
5  (509) 455-6000
6
   Attorneys for Plaintiff
7

8

9

10              **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF WASHINGTON**
11

12
   OWA, Inc., d/b/a MERCK FAMILY'S     )   Case No.   2:14-CV-018-TOR
13 OLD WORLD CHRISTMAS, a             )
14 Washington domestic limited liability )   COMPLAINT FOR DAMAGES
   company,                            )   REGARDING BREACH OF
15                                     )   CONTRACT OF SALE OF GOODS
16              Plaintiff,             )   AND MONEYS OWED
                                       )
17 vs.                                 )
                                       )
18                                     )
19 AMANDA'S CHRISTMAS               )
   COMPANY, INC., a Wisconsin         )
20 domestic business entity; JASON     )
21 BOEHLKE, individually,             )
                                       )
22              Defendants .           )
                                       )
23 _____)

24

25

26
   COMPLAINT FOR DAMAGES REGARDING                    PAINE HAMBLEN LLP
27 BREACH OF CONTRACT OF SALE OF GOODS        717 WEST SPRAGUE AVENUE, SUITE 1200
   AND MONEYS OWED - 1                                  SPOKANE, WA  99201
28                                          PHONE (509) 455-6000   FAX (509) 838-0007

COMES NOW the plaintiff, OWA, Inc., d/b/a Merck Family's Old World Christmas by and through its attorneys of record Gregg R. Smith of Paine Hamblen LLP, and complains as follows:

## I. SUBJECT MATTER JURISDICTION

1.1    The subject matter jurisdiction that will enable this District Court to entertain this case arises pursuant to diversity of citizenship, 28 U.S.C. §1332.

1.2    Plaintiff is a Washington state domestic limited liability company which maintains its principal place of business within Spokane County, State of Washington.

1.3    Defendant Amanda's Christmas Company, Inc. is a Wisconsin domestic corporation with its principal place of business within the State of Wisconsin.

1.4    Defendant Boehlke is believed to be a resident of the State of Wisconsin at all times material.

1.5    The amount in controversy exceeds $75,000, exclusive of costs and agreed upon attorney's fees. To-wit, the principal amount of the damages sustained by plaintiff is $130,110.69, plus interest at the agreed upon interest rate, plus those agreed upon attorney's fees and costs.

COMPLAINT FOR DAMAGES REGARDING
BREACH OF CONTRACT OF SALE OF GOODS
AND MONEYS OWED - 2

PAINE HAMBLEN LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA  99201
PHONE (509) 455-6000   FAX (509) 838-0007

## II. PARTIES, JURISDICTION AND VENUE

2.1    By this reference, plaintiff hereby includes all prior allegations as if more fully set forth herein.

2.2    Plaintiff OWA, Inc., d/b/a Merck Family's Old World Christmas is a Washington domestic limited liability company with its principal place of business within Spokane County, State of Washington at all times material.

2.3    Defendant Amanda's Christmas Company, Inc. is a Wisconsin domestic business entity bearing entity I.D. number AO67548 and registered within the State of Wisconsin having an effective date of March 21, 2012.

2.3.1 The principal place of business of defendant Amanda's Christmas Company, Inc., is believed to be the State of Wisconsin.

2.3.2 The Registered Agent for Amanda's Christmas Company, Inc. on information and belief is Jason Boehlke, with business address of North 120 West 13537 Freistadt Road, Germantown, Wisconsin 53022.

2.4    Defendant Jason Boehlke is believed to be a Wisconsin resident at all times material and at no times material was defendant Boehlke a resident of the State of Washington.

2.5    Defendants agreed in writing that jurisdiction and venue for all disputes would lie within Spokane County, State of Washington.

COMPLAINT FOR DAMAGES REGARDING
BREACH OF CONTRACT OF SALE OF GOODS
AND MONEYS OWED - 3

PAINE HAMBLEN LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000   FAX (509) 838-0007

2.6    Defendant Boehlke agreed in writing that any dispute would be subject to the jurisdiction and venue lying within Spokane County, State of Washington.

2.7    In the alternative, defendants purposely did business within the State of Washington sufficient to give rise to personal jurisdiction pursuant to the Washington Long Arm Statute, RCW 4.28.185.

2.8    Defendant Amanda's Christmas Company, Inc., purposely conducted business with plaintiff within the State of Washington by means of interstate commerce.

2.9    Defendant Boehlke purposely conducted business with plaintiff within the State of Washington by means of interstate commerce.

2.10    Neither defendant Amanda's Christmas Company, Inc., or defendant Jason Boehlke reside or are present within the State of Washington for purposes of service of legal process.

COMPLAINT FOR DAMAGES REGARDING
BREACH OF CONTRACT OF SALE OF GOODS
AND MONEYS OWED - 4

PAINE HAMBLEN LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000    FAX (509) 838-0007

**DECLARATION OF PLAINTIFF'S ATTORNEY, GREGG R. SMITH**

I, GREGG R. SMITH, attorney for the herein-captioned plaintiff, after a diligent search of the available records can assert that the herein-captioned defendants cannot be served with legal process within the State of Washington, to-wit: the business address of defendant Amanda's Christmas Company, Inc., is North 120 West 13537 Freistadt Road, Germantown, Wisconsin 53022, as set forth on the corporate records of Amanda's Christmas Company maintained by the Wisconsin Secretary of State's Office. Defendant Jason Boehlke is the registered agent for Amanda's Christmas Company, Inc., as also set forth within those records maintained by the Wisconsin Secretary of State. The business address shown for defendant Jason Boehlke is North 120 West 13537 Freistadt Road, Germantown, Wisconsin 53022.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

Signed in Spokane, Washington this 8th day of January, 2014

\s\ *Gregg R. Smith*
Gregg R. Smith

COMPLAINT FOR DAMAGES REGARDING
BREACH OF CONTRACT OF SALE OF GOODS
AND MONEYS OWED - 5

PAINE HAMBLEN LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000   FAX (509) 838-0007

1
2
3
4
5

## III. VENUE IS PROPER WITHIN THE EASTERN DISTRICT OF WASHINGTON, MORE SPECIFICALLY SPOKANE COUNTY, STATE OF WASHINGTON, AS AGREED TO IN WRITING BETWEEN THE PARTIES HERETO.

6       3.1    By this reference, plaintiff hereby includes all prior allegations as if

7   more fully set forth herein.

8
9       3.2    Venue is proper within Spokane, Washington, as this venue and

10   jurisdiction was agreed by the parties in writing.

11       3.3    Alternatively, venue is proper within the Eastern District of

12   Washington, more particularly Spokane County, State of Washington, as this is the

13
14   situs of all matters giving rise to this cause of action.

15   ### IV. RELEVANT FACTS GIVING RISE TO THIS DISPUTE

16       4.1    By this reference, plaintiff hereby includes all prior allegations as if

17   more fully set forth herein.
18

19       4.2    Plaintiff and defendants are merchants as defined by RCW 62A.2-

20   201(1).

21
22       4.3    Plaintiff and defendants entered into a written agreement for the sale

23   of goods sold by plaintiff and which were purchased by defendant. The date in

24
25
26
27
28

COMPLAINT FOR DAMAGES REGARDING
BREACH OF CONTRACT OF SALE OF GOODS
AND MONEYS OWED - 6

PAINE HAMBLEN LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000   FAX (509) 838-0007

which defendants signed the original contract with plaintiff was July 14, 2012 which is accepted by plaintiff on August 1, 2012.

4.4     The written agreement signed by the defendant included the various terms and conditions imposed by the plaintiff, including but not limited to the payment terms, finance changes, personal guarantee, and agreed upon jurisdiction and venue.

4.5     Any terms and conditions not fully set forth within the written agreement were included by means of conduct of the parties throughout the course of doing business, pursuant to RCW 62A.2-204.

4.6     Plaintiff shipped goods to defendants as evidenced by numerous invoices from the time period commencing on or about December 18, 2012 and thereafter.

4.7     Each invoice submitted by plaintiff to defendant set forth the material terms and conditions of the contract between the parties.

4.8     Defendants signed an Order Acknowledgement dated January 12, 2013, that reaffirmed the personal guarantee, as well as other contractual provisions. Said Order Acknowledgement was signed by defendant Boehlke in his individual capacity.

COMPLAINT FOR DAMAGES REGARDING
BREACH OF CONTRACT OF SALE OF GOODS
AND MONEYS OWED - 7

PAINE HAMBLEN LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA  99201
PHONE (509) 455-6000   FAX (509) 838-0007

4.9     Plaintiff accepted defendants offer to purchase those goods sold by plaintiff to defendant upon acceptance of the merchandise order submitted by defendants.

4.10   Defendants' Order of goods from plaintiff constituted a contractual offer in anticipation of acceptance thereof on the part of plaintiff.

4.11   Plaintiff accepted defendants' Order, which together constituted an offer and acceptance pursuant to RCW 62A.2-206 and RCW 62A.2-207.

4.12   Defendants accepted those goods shipped by plaintiff.

4.13   Defendants did not make any claim of defect, or nonconformity in those goods shipped by plaintiff and accepted by defendants. As set forth within the written terms and conditions the defendants agreed in writing that any defects or nonconformity of those goods shipped required plaintiff to be notified within 15 days of the date of shipment.

4.14   Plaintiff has been damaged by defendants' failure or otherwise refusal to pay the agreed upon purchase price of those goods shipped by plaintiff to defendant.

## V.  FIRST CAUSE OF ACTION: BREACH OF CONTRACT

5.1     By this reference, plaintiff hereby includes all prior allegations as if more fully set forth herein.

COMPLAINT FOR DAMAGES REGARDING
BREACH OF CONTRACT OF SALE OF GOODS
AND MONEYS OWED - 8

PAINE HAMBLEN LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA  99201
PHONE (509) 455-6000   FAX (509) 838-0007

5.2    Defendants entered into a binding contract with plaintiff for the purchase of goods.

5.3    Plaintiff performed all contractual obligations required of plaintiff to defendant.

5.4    Defendants have materially breached the contract with plaintiff by its failure or refusal to pay for the goods sold by plaintiff.

5.5    Defendant failed and/or otherwise refused to pay for those goods it had purchased from plaintiff upon those terms and conditions set forth within the written contracts. The principal amount of the debt owed to plaintiff is $130,110.69.

5.6    The parties agreed that all amounts due and owing to plaintiff would incur finances charges after 30 days in the amount of 1.5% per month. the debt owed to plaintiff has accrued interest through January 7, 2014 in the amount of $16,969.09 plus per diem interest of $65.32 through the date of judgment.

5.7    Defendant Boehlke as a part of the written contract between plaintiff and defendants agreed to be personally liable and to guarantee the debts incurred by defendant Amanda's Christmas Company, Inc. to plaintiff.

COMPLAINT FOR DAMAGES REGARDING
BREACH OF CONTRACT OF SALE OF GOODS
AND MONEYS OWED - 9

PAINE HAMBLEN LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA  99201
PHONE (509) 455-6000    FAX (509) 838-0007

5.8    Defendant Boehlke signed various personal guaranties of the amounts owed to plaintiff.

5.9    As more fully set forth within the written Order Acknowledgement, dated January 12, 2013, defendant Boehlke signed a personal guarantee in his individual capacity. Said personal guarantee by its specific terms stated: "The undersigned hereby personally guarantees, unconditionally, and promises to pay Seller each item of indebtedness incurred by the customer heretofore or hereinafter incurred. This is a Continuing Personal Guarantee. It shall remain in full force until and unless the Seller receives a written notice revoking it subsequent to the debt being incurred. Such revocation shall not affect any of the obligations incurred prior to revocation. All Orders are subject to acceptance by Home Office in Spokane, Washington."

5.10   Defendant Boehlke agreed in writing to pay those reasonable attorney's fees and costs, as well as all other terms and conditions set forth in said Continuing Personal Guarantee.

## VI. SECOND CAUSE OF ACTION: MONIES OWED TO PLAINTIFF

6.1    By this reference, plaintiff hereby includes all prior allegations as if more fully set forth herein.

6.1.3 Defendants are indebted to plaintiff in the principal amount of

COMPLAINT FOR DAMAGES REGARDING
BREACH OF CONTRACT OF SALE OF GOODS
AND MONEYS OWED - 10

PAINE HAMBLEN LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000   FAX (509) 838-0007

$130,110.69, plus agreed upon interest at the contract interest rate of 1.5% per month in the amount of $16,968.09 calculated through January 7, 2014.

6.2    Defendants are furthermore indebted to plaintiffs in the amount of the agreed upon legal fees and costs, in those amounts to be determined at the time of trial or entry of final judgment.

6.3    Demand was made by plaintiffs to defendants, both verbal and in writing with regard to the principal amount of the debt which is due and owing, plus interest, plus all other agreed upon fees and expenses.

6.4    Defendants have failed or refused to pay those sums of money which are due and owing to plaintiff, and more fully set forth herein.

6.5    Plaintiff has been damaged as a result of defendants' failure and/or refusal to pay those sums of money that are due and owing.

6.6    Defendant Boehlke has guaranteed, in writing, the payment of those sums of money owed by Amanda's Christmas Company, Inc. to plaintiff.

## VII.  PRAYER FOR RELIEF

NOW, THEREFORE, plaintiff prays for the entry of judgment in its favor and against the defendants as follows:

7.1    Judgment in favor of the plaintiff for the principal amount of those damages that have been proven in the amount of $130,110.69;

COMPLAINT FOR DAMAGES REGARDING
BREACH OF CONTRACT OF SALE OF GOODS
AND MONEYS OWED - 11

PAINE HAMBLEN LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA  99201
PHONE (509) 455-6000   FAX (509) 838-0007

7.2     That plaintiff be awarded pre-judgment interest according to the terms and conditions of the written agreements in the amount of one and one-half percent (1½%) per month through the date of judgment, including $16,968.09 as calculated through January 7, 2014, and a per diem amount thereafter in the amount of $65.32 until judgment is finally entered;

7.3     The award of those reasonable attorney's fees and costs incurred by plaintiff an amount to be determined at the time of trial plus those costs, as specifically agreed to by and between the parties hereto in amounts to be determined at time of trial;

7.4     For the award of post-judgment interest at the contract rate of 1.5% per month or 18% per annum, as agreed to by the parties pursuant to their written agreement, as allowed by RCW 4.56.110(1);

7.5     That plaintiff be allowed to freely amend its Complaint; and

7.6     Entry of all other just and equitable remedies as may be permitted by law.

RESPECTFULLY SUBMITTED this 15th day of January, 2014.

COMPLAINT FOR DAMAGES REGARDING
BREACH OF CONTRACT OF SALE OF GOODS
AND MONEYS OWED - 12

PAINE HAMBLEN LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA  99201
PHONE (509) 455-6000   FAX (509) 838-0007

1
2   PAINE HAMBLEN LLP
3   */s/ Gregg R. Smith*
    Gregg R. Smith, WSBA #15553
4   Attorneys for Plaintiff
    717 W. Sprague Ave., Ste. 1200
5   Spokane, WA 99201
    Phone: 509.455.6000
6   Fax : 509.838.0007
    Email:  gregg.smith@painehamblen.com
7
8
9   I:\SPODOCS\34993\00003\PLEAD\1236898v1
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26   COMPLAINT FOR DAMAGES REGARDING                PAINE HAMBLEN LLP
27   BREACH OF CONTRACT OF SALE OF GOODS       717 WEST SPRAGUE AVENUE, SUITE 1200
     AND MONEYS OWED - 13                              SPOKANE, WA  99201
28                                              PHONE (509) 455-6000   FAX (509) 838-0007